IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLAS PATRICK,** | Case No. 2:17-cv-1045-TLN-DMC (P) |
| Plaintiff, | **ORDER** |
| v. | |
| **McINTYRE,** | |
| Defendants. | |

On November 26, 2019, Defendants Kingsley, Cole, McIntyre, and Lee filed a motion for leave to conduct Plaintiff's deposition via videoconference on the ground that conducting Plaintiff's deposition via videoconference would avoid unnecessary travel expenses to Plaintiff's current residence in southern California.

**FOR GOOD CAUSE SHOWN**, petitioning Defendants are granted leave to conduct Plaintiff's deposition via videoconference.

Dated: December 3, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1