IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLAS PATRICK,** | Case No. 2:17-cv-1045-TLN-DMC (P) |
| Plaintiff, | **ORDER** |
| v. | |
| **MCINTYRE, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,** Defendants' motion to stay the discovery and dispositive motions deadlines is **GRANTED**. The discovery and dispositive motions deadlines currently in effect are stayed. The Court will issue new discovery and dispositive motions deadlines, if necessary, after resolution of the pending motion for involuntary dismissal.

**IT IS SO ORDERED.**

Dated:  August 10, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:17-cv-1045-TLN-DMC (P))